**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                             **Case No. 3:23cr103-MCR**

**KENNETH LAMAR WEATHERS, JR.,**

     **Defendant.**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, KENNETH LAMAR WEATHERS, JR.**,** to Count One of the superseding indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

**DONE and ORDERED** this 13th day of September 2024.

*M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**